JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FONTEM VENTURES B.V., a Netherlands company; and FONTEM HOLDINGS 1 B.V., a Netherlands company,<br><br>Plaintiffs,<br><br>v.<br><br>BALLANTYNE BRANDS, LLC, a North Carolina limited liability company, and DOES 1-5, Inclusive,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 14-8157-GW(MRWx)<br><br>**ORDER GRANTING DISMISSAL** |

In light of the Joint Stipulation of Dismissal by Plaintiffs Fontem Ventures B.V. and Fontem Holdings 1 B.V. (together, "Fontem") and Defendant Ballantyne Brands, LLC ("Ballantyne"), the Court hereby ORDERS as follows:

1. All claims and counterclaims between Fontem and Ballantyne in Case No. CV14-8157 shall be dismissed without prejudice.

2. Fontem and Ballantyne shall each bear its own fees and costs.

3. The Court shall retain jurisdiction of this case for the sole purpose of enforcing the Settlement Agreement between Fontem and Ballantyne.

**IT IS SO ORDERED**.

DATED: January 26, 2016

*[signature: George H. Wu]*

The Hon. George H. Wu
Judge, United States District Court,
Central District of California

-1-